UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PRE-PAID LEGAL SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-11-333-SPS |
| | ) |
| MARK O. SMITH, TAMMY SMITH, | ) |
| MARK AND TAMMY SMITH, LLC, | ) |
| MARK O. SMITH, INC., M. SMITH | ) |
| ENTERPRISES, INC., AND XTB LLC, | ) |
| | ) |
| Defendant. | |

## PLAINTIFF PRE-PAID LEGAL SERVICES, INC.'S STATUS REPORT

Pursuant to the Court's Order of April 15, 2013, plaintiff submits the following Status Report with respect to the arbitration proceeding:

1. On May 30, 2012 the arbitrators entered their final award in the arbitration as agreed to by the parties.

2. Pursuant to the settlement agreement of the parties, a motion to confirm the award was only to be filed in Court on certain conditions set forth therein, as the terms of the settlement are confidential.

3. 9 U.S.C. § 9 allows for a motion to confirm to be filed within one year of the award. Under the further agreement of the parties the motion to confirm could be filed on or before September 20, 2013.

4. On April 26, 2013 plaintiff filed its Unopposed Motion for Confirmation of Arbitration Award (Dkt. #51) herein.

/s/ Brooke S. Murphy
Brooke S. Murphy, OBA # 6524

Timila S. Rother, OBA #14310
**CROWE & DUNLEVY**
A Professional Corporation
20 North Broadway, Suite 1800
Oklahoma City, Oklahoma 73102-8273
Phone: (405) 235-7735
Fax: (405) 272-5278
Email: brooke.murphy@crowedunlevy.com
Email: timila.rother@crowedunlevy.com

**ATTORNEYS FOR PLAINTIFF
PRE-PAID LEGAL SERVICES, INC.**

## CERTIFICATE OF SERVICE

I herby certify that on the 6th day of May, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, thereby serving the document on all ECF registrants for this case:

Gary Smith
gespc1@yahoo.com

Ron Wright
ron@wsfw-ok.com

/s/ Brooke S. Murphy
Brooke S. Murphy