# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PRE-PAID LEGAL SERVICES, INC.,**  )<br>  )<br>**Plaintiff,**  )<br>  )<br>v.  )<br>  )<br>**MARK O. SMITH, TAMMY SMITH,**  )<br>**MARK AND TAMMY SMITH, LLC;**  )<br>**MARK O. SMITH, INC., M. SMITH**  )<br>**ENTERPRISES, INC., and XTB, LLC,**  )<br>  )<br>  )<br>**Defendants.**  ) | Case No. CIV-11-333-SPS |

## ORDER AND JUDGMENT CONFIRMING ARBITRATION AWARD

This matter comes before the Court upon the Unopposed Motion to Confirm Arbitration Award (Docket No. 51), filed by Plaintiff, Pre-Paid Legal Services, Inc. Premises considered, by stipulation of the parties, and for good cause shown, the Court hereby finds and orders that:

> (i) the stay of these proceedings pending conclusion of the arbitration proceedings, issued October 13, 2011, should be and is hereby lifted;
>
> (ii) the arbitrators' Final Award and Injunction by Consent, attached as Exhibit "1" to Plaintiff's Motion, should be and is hereby confirmed;
>
> (iii) judgment should be and is hereby entered as set forth in the Final Award and Injunction by Consent.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Final Award and Injunction by Consent attached as Exhibit "1" to Plaintiff's Motion is confirmed; that Defendants Mark O. Smith, Tammy Smith, Mark and Tammy Smith, LLC, Mark O. Smith, Inc.,

M. Smith Enterprises, Inc., and XTB LLC, their agents, servants, representatives, and all other persons acting by and under their authority or in concert with them, are permanently enjoined and restrained from using the trade secret, confidential or proprietary information of Plaintiff Pre-Paid Legal Services, Inc., now known as LegalShield ("LegalShield"), or from disparaging LegalShield, MidOcean Partners, their respective officers, directors, employees, agents or representatives of any type; that Defendants are further enjoined and restrained, through September 20, 2013, from solicitation of any LegalShield Associate to join Defendants in any new company or organization, or to leave LegalShield for the eventual purpose of joining such other new company or organization; and that all other claims set forth in the respective parties' petition or arbitration demands are dismissed with prejudice.

The Court further ORDERS that it retains jurisdiction in this matter solely for the purposes of enforcing the terms of this Judgment.

The Court DIRECTS each party to bear its own costs of this action, including attorneys' fees.

DATED and ENTERED this 3rd day of July, 2013.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma